1
2
3
4

# IN THE UNITED STATES DISTRICT COURT

5

## FOR THE DISTRICT OF ARIZONA

6

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

7

**AMENDED MASTER SHORT FORM
COMPLAINT FOR DAMAGES FOR
INDIVIDUAL CLAIMS AND DEMAND
FOR JURY TRIAL**

8
9
10

Plaintiff(s) named below, for their Complaint against Defendants named below,

11

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

12

Plaintiff(s) further show the Court as follows:

13

    1.    Plaintiff/Deceased Party:

14

    Doris Jones _____

15

    2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of

16

    consortium claim:

17

    Alfred Jones, Sr. _____

18

    3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,

19

    conservator):

20

    N/A _____

21
22

4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

Georgia

5.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Georgia

6.     Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Georgia

7.     District Court and Division in which venue would be proper absent direct filing:

Georgia Southern District Court, Savannah

8.     Defendants (check Defendants against whom Complaint is made):

    ☒     C.R. Bard Inc.

    ☒     Bard Peripheral Vascular, Inc.

9.     Basis of Jurisdiction:

    ☒     Diversity of Citizenship

    ☐     Other: _____

a.     Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

8/24/2010 _____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:      Strict Products Liability – Manufacturing Defect

☒ Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III:    Strict Products Liability – Design Defect

☒ Count IV:     Negligence - Design

☒ Count V:      Negligence - Manufacture

☒ Count VI:     Negligence – Failure to Recall/Retrofit

☒ Count VII:    Negligence – Failure to Warn

☒ Count VIII:   Negligent Misrepresentation

☒ Count IX:     Negligence *Per Se*

☒   Count X:      Breach of Express Warranty

☒   Count XI:     Breach of Implied Warranty

☒   Count XII:    Fraudulent Misrepresentation

☒   Count XIII:   Fraudulent Concealment

☒   Count XIV:   Violations of Applicable Georgia Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

☒   Count XV:     Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII: Survival

☒   Punitive Damages

☒   Other(s):     <u>All claims for Relief set forth in the Master Complaint for</u>

<u>an amount to be determined by the trier of fact including for the</u>

<u>following:</u>  (please state the facts supporting this Count in the space

immediately below)

<u>On or about August 24, 2010, Ms. Jones had a Bard Eclipse filter</u>

<u>installed into her inferior vena cava.   On April 22, 2015, her device</u>

<u>fractured and embolized in her pulmonary artery.   As a result, Ms. Jones</u>

<u>has suffered damages in an amount to be proven at trial.</u>

13.   Jury Trial demanded for all issues so triable?

☒   Yes

☐   No

1   RESPECTFULLY SUBMITTED this 22nd day of March, 2016.

2   **GALLAGHER & KENNEDY, P.A.**

3   By: */s/ Paul L. Stoller*
        Robert W. Boatman
4       Mark S. O'Connor
        Paul L. Stoller
5       Shannon L. Clark
        C. Lincoln Combs
6       2575 East Camelback Road
        Phoenix, Arizona  85016-9225
7
        *Attorneys for Plaintiffs*
8

9   **CERTIFICATE OF SERVICE**

10      I hereby certify that on this 22nd day of March, 2016, I electronically transmitted the

11  attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

12  of a Notice of Electronic Filing.

13
        */s/Deborah Yanazzo*
14

15  5298555/26997-0031

16

17

18

19

20

21

22